

## The Rosen Law Firm

### I N V E S T O R   C O U N S E L

Jacob A. Goldberg, Esq.
jgoldberg@rosenlegal.com

June 23, 2022

**VIA ECF**

Honorable George A. O'Toole, Jr.
United States District Judge
United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA  02210

   **Re:** *Miller v. Sonus Networks, Inc.,*
      <u>Civ. Action No. 18-12344-GAO</u>

Dear Judge O'Toole:

  We represent Lead Plaintiffs in this action, on behalf of themselves and a class of purchasers of Sonus Networks, Inc., securities between January 8, 2015, and March 24, 2015. The Amended Complaint ("Complaint") alleges violations of the antifraud provisions of the Securities Exchange Act of 1934 (Dkt. No. 44).

  We refer the Court to Lead Plaintiffs letters of January 12, 2022, (Dkt. No. 66) and April 12, 2022. (Dkt. No. 67). The violations the Complaint alleges occurred over seven years ago. Defendants' Motion to Dismiss (Dkt. Nos. 48-49) has been fully briefed for over two and a half years. *See* (Dkt. No. 51).

  We ask, once again, that the Court deny Defendants' Motion to Dismiss as soon as possible, permitting this case to proceed to discovery.

      Respectfully submitted,

      <u>*/s/ Jacob A. Goldberg*</u>

      Jacob A. Goldberg

cc: All counsel of record (via ECF)
   Honorable F. Dennis Saylor, Chief Judge (via overnight delivery)

1