IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RON MILLER, Individually and on behalf of all others similarly situated,<br><br>                           Plaintiff,<br><br>v.<br><br>SONUS NETWORKS, INC., RAYMOND P. DOLAN, MARK T. GREENQUIST, and MICHAEL SWADE<br><br>                           Defendants. | Civil Action<br>No. 1:18-cv-12344-GAO |

## NOTICE OF WITHDRAWAL OF APPEARANCES

Pursuant to Local Rule 83.5.2(c), John F. Batter III, Robert Kingsley Smith, Andres R. O'Laughlin, and Thomas F. Lampert hereby withdraw as counsel for Defendant Raymond P. Dolan in the above-captioned matter because Mr. Dolan has retained new counsel. The before-mentioned attorneys continue to represent Sonus Networks, Inc. in the above-captioned matter.

Dated: November 23, 2022

                                                  Respectfully submitted,

                                                  */s/ John F. Batter III*
                                                  John F. Batter III (BBO #033430)
                                                  Robert Kingsley Smith (BBO #681914)
                                                  Andres R. O'Laughlin (BBO #691836)
                                                  Thomas F. Lampert (BBO #703596)
                                                  Wilmer Cutler Pickering Hale & Dorr LLP
                                                  60 State Street, Boston, MA 02109
                                                  Telephone: (617) 526-6000
                                                  Facsimile: (617) 526-5000
                                                  john.batter@wilmerhale.com
                                                  robert.smith@wilmerhale.com
                                                  andy.olaughlin@wilmerhale.com
                                                  thomas.lampert@wilmerhale.com

**CERTIFICATE OF SERVICE**

      I, John F. Batter III, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) dated November 23, 2022.

                                    */s/ John F. Batter III*
                                      John F. Batter III