UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RON MILLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SONUS NETWORKS, INC., RAYMOND P. DOLAN, MARK T. GREENQUIST, AND MICHAEL SWADE,<br><br>Defendants. | Case No. 1:18-cv-12344-GAO |

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR (I) PRELIMINARY APPROVAL OF SETTLEMENT, (II) PRELIMINARY CERTIFICATION OF THE SETTLEMENT CLASS FOR PURPOSES OF SETTLEMENT, AND (III) APPROVAL OF NOTICE TO THE SETTLEMENT CLASS**

PLEASE TAKE NOTICE that Lead Plaintiffs Giuseppe Veleno and Gary Williams, and Named Plaintiff Ron Miller (collectively, "Plaintiffs"), individually and on behalf of all others similarly situated, will move this Court on a date and at such time as may be designated by the Honorable George A. O'Toole, Jr. at the United States District Court for the District of Massachusetts, John Joseph Moakley United States Courthouse, Courtroom 22, 1 Courthouse Way, Boston, Massachusetts 02210, for entry of an Order: (i) preliminarily approving the Settlement; (ii) preliminarily certifying the Settlement Class and appointing Plaintiffs as class representatives and Lead Counsel as class counsel, for purposes of the Settlement; (iii) approving the form and manner of providing notice of the Settlement to the Settlement Class; and (iv) setting a hearing at which the Court will consider final approval of the Settlement, approval of

the proposed Plan of Allocation, and Lead Counsel's motion for an award of attorneys' fees, and reimbursement of Litigation Expenses, including reimbursement awards to Plaintiffs.[1]

Dated: July 25, 2023

Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**

By: /s/ Garth A. Spencer
Garth A. Spencer
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
310-201-9150
gspencer@glancylaw.com

**THE ROSEN LAW FIRM, P.A.**

By: /s/ Jacob Goldberg
Jacob Goldberg
Gonen Haklay
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Facsimile: (212) 202-3827

***Lead Counsel for Plaintiffs and the Proposed Settlement Class***

**ANDREWS DEVALERIO LLP**

Glen DeValerio (BBO# 122010)
Daryl Andrews (BBO# 658523)
P.O. Box 67101
Chestnut Hill, MA 02467
Telephone: 617-999-6473
glen@andrewsdevalerio.com
daryl@andrewsdevalerio.com

***Liaison Counsel for Plaintiffs and the Proposed Settlement Class***

---

[1] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated July 21, 2023 ("Stipulation"), which is attached hereto as Exhibit 1. The terms of the Settlement are set forth in the Stipulation.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ Garth Spencer*
Garth Spencer