## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RON MILLER, individually and on behalf of all others similarly situated, | Case No. 1:18-cv-12344-GAO |
| Plaintiff, | |
| v. | |
| SONUS NETWORKS, INC., RAYMOND P. DOLAN, MARK T. GREENQUIST, AND MICHAEL SWADE, | |
| Defendants. | |

## NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION

PLEASE TAKE NOTICE that Lead Plaintiffs Giuseppe Veleno and Gary Williams, and Named Plaintiff Ron Miller (collectively, "Plaintiffs"), individually and on behalf of all others similarly situated, will move this Court on April 24, 2024, at 2:00 p.m., before the Honorable George A. O'Toole, Jr. at the United States District Court for the District of Massachusetts, John Joseph Moakley United States Courthouse, Courtroom 22, 1 Courthouse Way, Boston, Massachusetts 02210, for entry of an Order: (i) granting final approval of the Settlement[1] in the above-captioned action on the terms set forth in the Stipulation; and (ii) approving the proposed Plan of Allocation for distribution of the Net Settlement Fund. This motion is unopposed by Defendants.[2]

Plaintiffs' motion is based on this Notice of Motion; the concurrently filed Memorandum of Law; the Joint Declaration of Garth A. Spencer and Jacob A. Goldberg in Support of: (I) Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; all exhibits thereto; all pleadings and records on file in this Action; and other such matters as the Court may consider.

Dated: March 20, 2024

Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**

By: */s/ Garth Spencer*
Garth Spencer
Joseph D. Cohen
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
310-201-9150
gspencer@glancylaw.com
jcohen@glancylaw.com

---

[1] Unless otherwise defined, all capitalized terms used herein have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated July 21, 2023 ("Stipulation"). *See* ECF No. 122-1.

[2] A proposed order will be submitted with Plaintiffs' reply papers, after the objection and exclusion deadlines have passed.

**THE ROSEN LAW FIRM, P.A.**

By: */s/ Jacob A. Goldberg*
Jacob Goldberg
Gonen Haklay
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Facsimile: (212) 202-3827

*Co-Lead Counsel for Plaintiffs and the*
*Proposed Settlement Class*

**ANDREWS DEVALERIO LLP**

Glen DeValerio (BBO# 122010)
Daryl Andrews (BBO# 658523)
P.O. Box 67101
Chestnut Hill, MA 02467
Telephone: 617-999-6473
glen@andrewsdevalerio.com
daryl@andrewsdevalerio.com

*Liaison Counsel for Plaintiffs*
*and the Proposed Settlement Class*